In the Matter of CHARLES D., JR., an Infant. OSWEGO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; REBECCA B., Appellant. (Appeal No. 3.) [718 NYS2d 662] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Kerensa D.* ([appeal No. 2] 278 AD2d 878 [decided herewith]). (Appeal from Order of Oswego County Family Court, Roman, J.—Terminate Parental Rights.) Present—Pine, J. P., Wisner, Hurlbutt and Kehoe, JJ.

ALEDIA GIVENS, Individually and as Administratrix of the Estate of STEPHNE J. GIVENS, Deceased, Respondent, v ROCHESTER CITY SCHOOL DISTRICT, Appellant, et al., Defendants. [718 NYS2d 916] —Order unanimously affirmed without costs. Memorandum: Contrary to the contention of defendant Rochester City School District, Supreme Court properly determined based on our decision in *Givens v Rochester City School Dist.* (262 AD2d 933) that the doctrine of primary assumption of risk is not applicable to this case. As we previously determined, plaintiff's decedent did not assume the risk of her injury as a matter of law (*see, Givens v Rochester City School Dist., supra,* at 933-934). (Appeal from Order of Supreme Court, Monroe County, Lunn, J.—Reargument.) Present—Pine, J. P., Wisner, Hurlbutt and Kehoe, JJ.